UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-10013-CR-MARTINEZ/GOODMAN

18 U.S.C. § 2251(a) & (e)
18 U.S.C. § 2252(a)(2) & (b)(1)
18 U.S.C. § 2252(a)(4)(B) & (b)(2)
18 U.S.C. § 2253

UNITED STATES OF AMERICA

vs.

DREW ALEXANDER YOUNG,
    a/k/a "Drew Y,"
    a/k/a "dyshizz1,"

Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

On or about February 1, 2015, in Monroe County, in the Southern District of Florida, and elsewhere, the defendant,

**DREW ALEXANDER YOUNG,**
    a/k/a "Drew Y,"
    a/k/a "dyshizz1,"

did use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and that visual depiction was produced using materials, that is, a Samsung Galaxy S5 cellular telephone, that had been mailed, shipped, and transported in interstate and foreign commerce, by any means, and such visual depiction had actually been transported and transmitted using any means and facility of interstate and foreign commerce, in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT 2

On or about May 10, 2015, in Monroe County, in the Southern District of Florida, and elsewhere, the defendant,

**DREW ALEXANDER YOUNG,**
a/k/a "Drew Y,"
a/k/a "dyshizz1,"

did knowingly distribute and attempt to distribute any visual depiction, using any means and facility of interstate and foreign commerce, and that had been shipped and transported in interstate and foreign commerce, by any means, including by computer, and the production of such visual depiction involved the use of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depiction was of such conduct, in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

## COUNT 3

On or about May 13, 2015, in Monroe County, in the Southern District of Florida, and elsewhere, the defendant,

**DREW ALEXANDER YOUNG,**
a/k/a "Drew Y,"
a/k/a "dyshizz1,"

did knowingly possess matter, that is, a Samsung Galaxy S5 cellular telephone, which contained any visual depiction that had been shipped and transported using any means and facility of interstate and foreign commerce, and which was produced using materials which had been so shipped and transported, by any means, and the production of such visual depiction having involved the use of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depiction was of such conduct, in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2).

Pursuant to Title 18, United States Code, Section 2252(b)(2), it is further alleged that such visual depiction included a prepubescent minor and a minor who had not attained twelve (12) years of age.

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **DREW ALEXANDER YOUNG**, a/k/a "**Drew Y**," a/k/a "**dyshizz1**," has an interest.

2. Upon conviction of any violation of Title 18, United States Code, Sections 2251 or 2252, as alleged in this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253:

(a) any visual depiction of a minor engaged in sexually explicit conduct, and any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Chapter 110, Title 18, United States Code;

(b) any property, real or personal, constituting or traceable to gross profits or other proceeds which the defendant obtained from such violation; and

(c) any property, real or personal, used or intended to be used to commit or to promote the commission of such violation.

3. The property which is subject to forfeiture includes, but is not limited to, one (1) Samsung Galaxy S5 cellular telephone.

All pursuant to Title 18, United States Code, Section 2253, and the procedures set forth at Title 21, United States Code, Section 853, as made applicable by Title 18, United States Code, Section 2253(b).

A TRUE BILL

FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
CHRISTOPHER B. BROWNE
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| vs. | |
| DREW ALEXANDER YOUNG, | **CERTIFICATE OF TRIAL ATTORNEY*** |
| Defendant. / | **Superseding Case Information:** |

**Court Division**: (Select One)

\_\_\_ Miami  \_X\_ Key West
\_\_\_ FTL    \_\_\_ WPB  \_\_\_ FTP

New Defendant(s)  Yes \_\_\_  No \_\_\_
Number of New Defendants  \_\_\_
Total number of counts  \_\_\_

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)  No
   List language and/or dialect

4. This case will take  2-4  days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   I   0 to 5 days    _X_
   II  6 to 10 days   ___
   III 11 to 20 days  ___
   IV  21 to 60 days  ___
   V   61 days and over ___

   (Check only one)
   Petty    ___
   Minor    ___
   Misdem.  ___
   Felony   _X_

6. Has this case been previously filed in this District Court?  (Yes or No)  No  _X_
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?  (Yes or No)  No
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____  District of _____

   Is this a potential death penalty case? (Yes or No)  No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?  \_\_\_ Yes  _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?  \_\_\_ Yes  _X_ No

CHRISTOPHER BROWNE
ASSISTANT UNITED STATES ATTORNEY
Bar No. 91337

*Penalty Sheet(s) attached

REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** DREW ALEXANDER YOUNG,   a/k/a "Drew Y" a/k/a "dyshizz1"

**Case No:** _____

Count #:1

Production of Child Pornography

Title 18, United States Code, Sections 2251(a) and (e)

**\*Max. Penalty:** 30 Years' Imprisonment

Count #:2

Distribution of Child Pornography

Title 18, United States Code, Sections 2252(a)(2) and (b)(1)

**\*Max. Penalty:** 20 Years' Imprisonment

Count #: 3

Possession of Child Pornography

Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2)

**\*Max. Penalty:** 20 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**