UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-CR-10013-MARTINEZ

UNITED STATES OF AMERICA

vs.

DREW ALEXANDER YOUNG,

      Defendant.
_____/

## STIPULATED FACTUAL PROFFER

The United States and the defendant, Drew Alexander Young (the "defendant"), agree that, were this case to proceed to trial, the government would prove the following beyond a reasonable doubt:

1. On or about May 19, 2015, U.S. Coast Guard applied for a search authorization from a military judge. The military judge found probable cause to believe that the defendant's cellular telephones and other electronic devices contained evidence of violations of the Uniform Code of Military Justice relating to child pornography. The authorization specifically authorized a search of all "social-messaging-type" accounts and Internet browser histories.

2. Thereafter, agents executed the search authorization and searched the defendant's Samsung Galaxy S5 cellular telephone, which was manufactured outside of the United States. Forensic analysts found over twenty video files containing suspected child pornography on the Samsung Galaxy S5. Analysts also found a number of sexually explicit Kik Messenger chats between the defendant and females who appeared to be under the age of seventeen. Kik Messenger is a web-based instant messaging application. The defendant's Kik Messenger

*Exhibit #1*

username was "dyshizz1"; his Kik Messenger nickname, which was displayed on outgoing chats, was "Drew Y"—the defendant's first name and last initial.

3. During their review of the Kik Messenger chats, investigators discovered a February 1, 2015 chat between the defendant and a thirteen-year-old Kik Messenger user (hereinafter, "Victim 1"). During the course of the chat, Victim 1 told the defendant that she was thirteen years' old. The defendant repeatedly asked for pictures of Victim 1's vagina. In response, Victim 1 transmitted two sexually explicit pictures of her vagina.

4. On September 3, 2015, the defendant was taken into custody and was read his Miranda rights, which he waived. In an audio- and video-recorded interview, the defendant admitted that he used the Kik Messenger application, under the username dyshizz1, to communicate with minors and to solicit sexually explicit photographs from them. The defendant also told agents that he had attempted to meet underage girls using Kik Messenger.

5. During a subsequent interview with Victim 1, investigators confirmed that Victim 1 was thirteen years' old at the time of the February 1st Kik Messenger chat with the defendant. Investigators confirmed Victim 1 was a Kik Messenger user.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

The parties agree that these facts, which do not include all facts known to the government and the defendant, are sufficient to prove beyond a reasonable doubt the defendant's guilt with respect to count 1 of the Indictment.

Date: 12/15/15          By: _____
                             for CHRISTOPHER BROWNE
                             ASSISTANT UNITED STATES ATTORNEY

Date: 12/7/15           By: _____
                             STEWART ABRAMS
                             ASSISTANT FEDERAL DEFENDER

Date: 12-7-15           By: _____
                             DREW ALEXANDER YOUNG
                             DEFENDANT